RECEIVED

NOV 1 0 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Clear Form

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**Eastern DIVISION**

Melissa Williams

Plaintiff(s),

v.

American Boiler & Mechanical

Defendant(s). (Enter above the full name(s) of all defendants in this lawsuit. Please attach additional sheets if necessary.)

Case No. 560-2026-01965
(to be assigned by Clerk of District Court)

JURY TRIAL DEMANDED

YES ☑ NO ☐

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq*., for employment discrimination on the basis of race, color, religion, gender, or national origin.
**NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq*., for employment discrimination on the basis of age (age 40 or older).
**NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

✓ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq*., for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.
**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe)

**PARTIES**

2. Plaintiff's name: Melissa Williams

Plaintiff's address: 3769 Kosciusko St
Street address or P.O. Box

St. Louis, MO, 63118
City/ County/ State/Zip Code

314-413-2980
Area code and telephone number

3. Defendant's name: American Boiler & Mechanical

Defendant's address: 4950 Bischoff Ave
Street address or P.O. Box

St. Louis, MO 63110
City/County/State/ Zip Code

(314) 865-3000
Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES, AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

______________________________________________________________

(Street Address) (City/County) (State) (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

January 29, 2026 8:15AM

## ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

☑ Yes Date filed: August 17, 2026

☐ No

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes Date filed: August 17, 2026

☐ No

8. Have you received a Notice of Right-to-Sue Letter?

☑ Yes ☐ No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

_____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

__✓__ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

_____ failure to hire me

__✓__ termination of my employment

_____ failure to promote me

__✓__ failure to accommodate my disability

__✓__ terms and conditions of my employment differ from those of similar employees

__✓__ retaliation

_____ harassment

_____ other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

☑ Yes ☐ No

11. I believe that I was discriminated against because of my (check all that apply):

____ race

____ religion

____ national origin

____ color

_✓_ gender

_✓_ disability

____ age (birth year is: ____________)

____ other:

Did you state the same reason(s) in your charge of discrimination?

☑ Yes ☐ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

I began my employment with the Defendant, American Boiler & Mechanical, on June 23, 2025. I served in the role of Accounting/Service Coordinator, leveraging my professional accounting and project management background. Prior to January 2026, I maintained an unblemished performance record with no write-ups or warnings. The Defendant attempted to cite a consecutive 20-day absence as a performance issue; however, this absence consisted entirely of pre-approved Paid Time Off (PTO) days taken over the Thanksgiving and Christmas holidays. These days were entered into the company's shared calendar months in advance, strictly following the directives of my manager, Dustin Brown.

(Continue to page 6, if additional space is needed.)

Throughout my employment, coworkers Haley Valdez, Amanda Ross, and Human Resources Specialist Emily Smith would occasionally approach me to ask how Manager Dustin Brown was treating me and inquire if we were getting along. As a new hire, I did not fully understand the context of these inquiries or any previous transgressions that may have occurred with prior employees. This pattern of behavior culminated the week of my termination. On Wednesday, January 28, 2026—the entire work day before my termination—Manager Dustin Brown gave me the silent treatment and deliberately avoided any interaction with me. The following morning, during the 8:15 AM meeting on January 29, 2026, I explicitly reminded both Emily Smith and Dustin Brown that I am a diabetic, making it vital for me to attend routine doctor appointments and manage my health. As I continued to explain my standpoint regarding my medical absences, Dustin Brown aggressively cut me off in a yelling tone, shouting that I was wasting his time. When I directly pointed out that he was yelling at me, Dustin Brown responded that he was not yelling. He explicitly stated that the difference was that I am a woman and he is a man, and that is simply how he talks. I was terminated on the spot, denied my final paycheck, and Human Resources booked an Uber to immediately remove me from the company premises.

(Attach additional sheets as necessary).

13. The acts set forth in paragraph 12 of this complaint:

☐ are still being committed by the defendant.

☑ are no longer being committed by the defendant.

☐ may still be being committed by the defendant.

**REQUEST FOR RELIEF**

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

I am currently unemployed and completely without health insurance. I am a parent with dependent children, and my lack of income has severely impacted my ability to provide basic necessities and cover vital medical needs for my kids. I also have a chronic condition (diabetes) and cannot afford my necessary prescriptions due to severe financial hardship.

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 10 day of November, 20 26.

Signature of Plaintiff [signature]